IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NASON AND CULLEN, INC.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 02-3270 |
| | : | |
| **DELAWARE VALLEY DESIGNERS** | : | |
| **& MANUFACTURERS, INC.** | : | |

## O R D E R

**AND NOW**, this _____ day of October, 2002, upon consideration of the parties' request to consent to proceed before a Magistrate Judge and the execution of the appropriate consent form, **IT IS HEREBY ORDERED** that the case is **REFERRED** to Jacob P. Hart, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, for further proceedings in the case, including trial and entry of final judgment.  **IT IS FURTHER ORDERED** that counsel for both sides shall CONTACT JUDGE HART'S CHAMBERS, (215) 597-2733, WITHIN ONE WEEK OF THE DATE OF THIS ORDER, to schedule further proceedings.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN**
**UNITED STATES DISTRICT JUDGE**