IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASON AND CULLEN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3270 |
| DELAWARE VALLEY DESIGNERS | : | |
| & MANUFACTURERS, INC. | : | |

O R D E R

     AND NOW, this 15th day of October, 2002, IT IS HEREBY ORDERED that a **TELEPHONIC** status conference is scheduled before the undersigned on **TUESDAY, OCTOBER 22, 2002, at 10:00 a.m.**  The conference call will be initiated by the Court.

     The senior attorney in charge of the matter for each of the parties is required to personally participate at the conference call.  In the event senior counsel is unable to participate, he or she shall arrange for a representative familiar with the case to be present at the time of the conference call.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:          Copies mailed to:
   R. Fulginiti, Esq.; K. Goodkind, Esq.