IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASON AND CULLEN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3270 |
| DELAWARE VALLEY DESIGNERS | : | |
| & MANUFACTURERS, INC. | : | |

O R D E R

AND NOW, this 22th day of October, 2002, following review of Plaintiff's Motion for More Definite Statement of Defendant's Counterclaims and Defendant's Opposition to said Motion, and following a brief telephone conference with counsel, IT IS HEREBY ORDERED that the Motion is GRANTED.

Defendant shall have 10 days within which to file a More Definite Statement pursuant to FRCP 12(e).

BY THE COURT:

_____

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:              Copies mailed to:
   R. Fulginiti, Esq.; K. Goodkind, Esq.