IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASON AND CULLEN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO. 02-3270 |
| DELAWARE VALLEY DESIGNERS | : | |
| & MANUFACTURERS, INC. | : | |

S C H E D U L I N G   O R D E R

AND NOW, THIS 23rd day of October, 2002, the following schedule is HEREBY ORDERED in the above captioned matter.

1. Fact discovery shall be completed by **DECEMBER 30, 2002**;

2. Expert Reports shall be exchanged by **JANUARY 31, 2003**;

3. Expert Discovery shall be completed by **FEBRUARY 14, 2003**;

4. All dispositive motions and Daubert motions shall be filed by **FEBRUARY 28, 2003**, with **courtesy copies hand delivered to chambers** on the day of filing;

5. A Pretrial Stipulation signed by all counsel, shall be filed by **MARCH 14, 2003**. (See Standing Order Re Pretrial Stipulation, attached hereto).

6. **BENCH TRIAL** will take place at **9:30 a.m., MARCH 31, 2003** in Courtroom 5-D.

BY THE COURT:

_____
JACOB P. HART
UNITED STATES MAGISTRATE JUDGE

Copies faxed to:            Copies mailed to:
  R. Fulginiti, Esq.; K. Goodkind, Esq.

JUDGE HART'S STANDING ORDER RE PRETRIAL STIPULATION

(BENCH TRIAL)

In lieu of pretrial memoranda or a Final Pretrial Order, under Local Rules 16.1(d)(1) and (2), a Pretrial Stipulation shall be submitted, containing the following:

1. Agreed facts. A conscientious effort should be made to narrow the areas of dispute.

2. Each party's disputed facts.

3. Each party's exhibits, as marked for trial. (Any objections to authenticity should be noted or will be considered waived. Exhibits shall be provided to the Court in the form of a jointly prepared, loose leaf Exhibit Book separately numbering Joint Exhibits, Plaintiff's Exhibits, and Defendant's Exhibits.)

4. Each party's witnesses and the subject matter of the witness's testimony.

5. Unusual issues - contentions and authority.

6. Proposed findings of fact and conclusions of law ( THESE ITEMS ARE TO BE SUBMITTED ON DISK (WORDPERFECT IF POSSIBLE) AS WELL AS IN HARD COPY.

7. The signed approval of trial counsel for each party.

IT SHALL BE THE RESPONSIBILITY OF PLAINTIFF'S COUNSEL TO CIRCULATE A DRAFT OF THIS PRETRIAL STIPULATION AT LEAST ONE WEEK BEFORE IT IS DUE