IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASON AND CULLEN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELAWARE VALLEY DESIGNERS | : | |
| & MANUFACTURERS, INC. | : | NO. 02-3270 |

**AMENDED SCHEDULING ORDER**

AND NOW, this   23rd   day of  December, 2002, upon consideration of the unopposed request of defense counsel to amend the scheduling order in this case, IT IS HEREBY ORDERED that the Request is GRANTED.

1. Fact discovery shall be completed by **February 28, 2003**.

2. Expert Reports shall be exchanged by **March 31, 2003**.

3. Expert Discovery shall be completed by **April 14, 2003**.

4. All dispositive motions and Daubert motions shall be filed by **April 30, 2002**, with courtesy copies hand delivered to chambers on the day of filing.

5. A Pretrial Stipulation, signed by all counsel, shall be filed by **May 14, 2003**.  (See Standing Order Re: Pretrial Stipulation, previously provided).

6. **BENCH TRIAL** will commence at 9:30 a.m., **June 2, 2003** in Courtroom 5D.

BY THE COURT:

JACOB P. HART
UNITED STATES MAGISTRATE JUDGE