IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASON & CULLEN, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DELAWARE VALLEY DESIGNERS & | : | NO. 02-3270 |
| MANUFACTURERS, INC. | : | |

O R D E R

**AND NOW, TO WIT:** This 19th day of March, 2003, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**IT IS FURTHER ORDERED** that this court shall retain jurisdiction to resolve issues arising under the settlement agreement, including, but not limited to, enforcement of the settlement agreement.  See Kokkonen v. Guardian Life Insurance Co. of America, 511 U.S. 375 (1994).

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
Deborah Fetters
Deputy Clerk

Civ 2 (7/83)
41.1(b)